DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN CARLOS BRISENO-ZARAGOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 10-236-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME FOR STATUS |
| v. ) | CONFERENCE AND EXCLUDE TIME |
| ) | |
| JUAN CARLOS BRISENO-ZARAGOZA, ) | DATE: September 28, 2010 |
| ) | Time: 9:30 a.m. |
| ) | Judge: John A. Mendez |
| Defendant. ) | |

    Defendant JUAN CARLOS BRISENO-ZARAGOZA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELE BECKWITH, Assistant United States Attorney, hereby stipulate that the status conference set for August 24, 2010, be rescheduled for a status conference on Tuesday, September 28, 2010, at 9:30 a.m.

    This continuance is being requested because defense counsel requires additional time to review discovery, review the pre-plea presentence report, discuss the case with the government, and pursue investigation.

1

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 28, 2010, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

DATED: August 20, 2010

                                          Respectfully Submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Dennis S. Waks
                                          Supervising Assistant
                                          Federal Defender
                                          Attorney for Defendant
                                          JUAN CARLOS BRISENO-ZARAGOZA

DATED:  August 20, 2010           BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/  Dennis S. Waks for
                                          MICHELE BECKWITH
                                          Assistant U.S. Attorney

**SO ORDERED.**

Dated: August 20, 2010

                                          /s/ John A. Mendez
                                          JOHN A. MENDEZ
                                          United States District Court Judge